FILED

APR - 5 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. __2:06CR105-WHA__ |
| v. | ) | [18 U.S.C. § 1709] |
| | ) | |
| JENNIFER JADE DAVIS | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

### COUNTS 1-3

On or about the dates set forth below, in Montgomery County, within the Middle District

of Alabama, and elsewhere,

### JENNIFER JADE DAVIS,

being a Postal Service officer and employee, embezzled letters and mail, and any articles and things

contained therein entrusted to her and which came into her possession intended to be conveyed by

mail; and being a Postal Service officer and employee stole, abstracted, and removed from any such

letters and mail, any article and thing contained therein as described below:

| Count | Date Mailed | Addressee | Item |
|---|---|---|---|
| 1. | March 15, 2005 | E.W.<br>Montgomery, Alabama | Letter |
| 2. | March 15, 2005 | P.B.<br>Montgomery, Alabama | Letter |
| 3. | May 23, 2005 | D.J.<br>Montgomery, Alabama | Letter |

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

_Jaynne D Gubert_
Foreperson


_Leura G. Canary_
LEURA G. CANARY
UNITED STATES ATTORNEY


_Clem Snyder_
Christopher A. Snyder
Assistant United States Attorney

-2-