AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

JENNIFER JADE DAVIS
125 FLEA HOP ROAD
ECLECTIC, AL 36024

**WARRANT FOR ARREST**

Case Number:   2:06CR105-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**JENNIFER JADE DAVIS**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

THEFT OF MAIL MATTER BY OFFICER OR EMPLOYEE

in violation of Title _____18:_____ United States Code, Section(s) _____1709_____

DEBRA P. HACKETT
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

_(signature)_
Signature of Issuing Officer

4/6/06, MONTGOMERY, ALABAMA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |