**COURTROOM DEPUTY MINUTES**  **DATE:** April 14, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 3:07 – 3:16

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ✓ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE **CHARLES S. COODY**   DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:06cr105-WHA-CSC**   DEFT. NAME: **JENNIFER JADE DAVIS**

USA: Christopher Snyder   ATTY: Michael Peterson

USPTSO/USPO: Ron Thweatt

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

Defendant _____ does  ✓ does NOT need an interpreter; NAME

| | |
|---|---|
| ✓ Kars. | Date of Arrest **4/14/06** or ☐ karsr40 |
| ✓ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator |
| ✓ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; ✓ **ORAL** Motion for Appt. Of Counsel. |
| ✓ koappted | **ORAL ORDER** appointing Federal Defender – **Notice to be filed.** |
| ☐ 20appt. | Panel Attorney Appointed; ☐ to be appointed – prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for____; ☐ **Prelim. Hrg** ☐ Set for____ |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered |
| ✓ kocondrls. | Release order entered. ✓ Deft. advised of conditions of release. |
| ✓ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ **10,000.00**  Deft released (kloc LR) |
| | ☐ **BOND EXECUTED** (R.40 charges) – deft to report to originating district as ordered |
| ☐ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) |
| | Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury. |
| ✓ Karr. | ARRAIGNMENT SET FOR:_____ ✓ HELD. Plea of **NOT GUILTY** entered. |
| | ✓ Trial Term **6/26/06**; ☐ PRETRIAL CONFERENCE DATE: ____ |
| | ✓ DISCOVERY DISCLOSURES DATE: **4/19/06** |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ |
| ✓ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** |