FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

APR 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| v | ) |  |
|  | ) | CR. NO.   2:06CR105-WHA |
| JENNIFER JADE DAVIS | ) |  |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Jennifer Jade Davis**, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

**WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.**

4/14/2006
DATE

[signature]
DEFENDANT

[signature]
ATTORNEY FOR DEFENDANT