| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   MAY 15, 2006** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:32 - 1:34** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:06CR105-WHA-CSC</u>    **DEFENDANT NAME:** <u>JENNIFER J. DAVIS</u>

## APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  CHRISTOPHER SNYDER | ATTY.  DONNIE BETHEL |

√    **DISCOVERY STATUS:** Completed.

_____
_____

√ **PENDING MOTION STATUS:**   NONE.

_____

√    **PLEA STATUS:** Possible Plea.     Applying to pretrial diversion.

_____
_____

√    **TRIAL STATUS:** Case will take 1 day, if goes to trial.

_____

☐    **REMARKS:**

_____
_____