IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-105-WHA |
| | ) | |
| JENNIFER J. DAVIS | ) | |

## WAIVER OF RIGHT TO SPEEDY TRIAL

The undersigned defendant, after first being advised of her right to a speedy trial as guaranteed by the Sixth Amendment of the United States Constitution and the implementation of said right in 18 U.S.C. § 3161, et seq., hereby waives her right to a speedy trial, through the October 16, 2006 trial term.

_16 May 06_
Date

_5/16/06_
Date

_Jennifer J. Davis_
Jennifer J. Davis

_[signature]_
Attorney for Jennifer J. Davis

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher A. Snyder, Esquire
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, Alabama 36104

        Respectfully submitted,

        s/Christine A. Freeman
        **CHRISTINE A. FREEMAN**
        **TN BAR NO.: 11892**
        Attorney for Jennifer Davis
        Federal Defenders
        Middle District of Alabama
        201 Monroe Street, Suite 407
        Montgomery, AL 36104
        TEL: (334) 834-2099
        FAX: (334) 834-0353
        E-Mail: Christine_Freeman@fd.org