IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:06cr105-WHA |
| JENNIFER DAVIS ) | |

## **ORDER**

This case is before the court on the Unopposed Motion to Continue Trial (Doc. #12), filed by the Defendant on May 15, 2006. The Defendant has filed a Waiver of Right to Speedy Trial, and the United States does not oppose the motion. For the reason that additional time is needed for a diversion review by the United States and the U. S. Probation Office, the court finds that the ends of justice to be served by granting a continuance outweigh the rights of the Defendant and the public to a speedy trial. Therefore, the motion is GRANTED, and it is hereby

ORDERED that this case is CONTINUED from the term of court commencing June 26, 2006, to the term of court commencing October 24, 2006.

DONE this 16th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE