IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:06cr105-WHA |
| | ) [18 U.S.C. § 1703(a)] |
| JENNIFER JADE DAVIS | ) |
| | ) INFORMATION |
| | ) |

RECEIVED
2006 OCT 11  P 4:55
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

The United States Attorney charges:

## COUNTS 1-3

On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**JENNIFER JADE DAVIS**,

being a Postal Service officer and employee, unlawfully secreted, detained, delayed, and opened the following letters, and mail entrusted to her and which came into her possession, and which was intended to be conveyed by mail as described below:

| Count | Date Mailed | Addressee | Item |
|---|---|---|---|
| 1. | March 15, 2005 | E.W.<br>Montgomery, Alabama | Letter |
| 2. | March 15, 2005 | P.B.<br>Montgomery, Alabama | Letter |
| 3. | May 23, 2005 | D.J.<br>Montgomery, Alabama | Letter |

All in violation of Title 18, United States Code, Section 1703(a).

_____
CHRISTOPHER A. SNYDER
Assistant United States Attorney