| COURTROOM DEPUTY MINUTES | DATE: October 16, 2006 | FTR RECORDING: 10:16-10:08 |
|---|---|---|
| MIDDLE DISTRICT OF ALABAMA | COURT REPORTER: Mitchell Risner | |

☐ ARRAIGNMENT    √ CHANGE OF PLEA    ☐ CONSENT PLEA

☐ RULE 44(c) HEARING    ☐ SENTENCING

| PRESIDING MAG. JUDGE: CHARLES S. COODY | DEPUTY CLERK: WANDA STINSON |
|---|---|
| CASE NUMBER: 2:06CR105-WHA-CSC | DEFENDANT NAME: JENNIFER JADE DAVIS |
| AUSA: CHRISTOPHER SNYDER | DEFENDANT ATTY: CHRISTINE FREEMAN |
| USPTS/USPO: Al Lancaster | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; (√) CDO |

Defendant ___ does √ does NOT need and interpreter. Name: _____

☐ This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.

☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.

√ **WAIVER OF INDICTMENT** executed and filed.

√ **FELONY INFORMATION** filed.

☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**    ☐ Not Guilty    ☐ Nol Contendere    ☐ Not Guilty by reason of insanity

√ Guilty as to:    √ Count(s) 1    of the **Felony Information.**

☐ Count(s) _____    ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

√ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.

√ No Plea Agreement entered    .☐ Written plea agreement filed.    ☐ **ORDERED SEALED.**

√ **ORAL ORDER** Adjudicating defendant guilty.

√ **ORDER:** Defendant Continued    √ Same Conditions/Bond imposed ;

☐ Released on Bond & Conditions of Release for:    ☐ Trial on _____ ;

√ Sentencing on _____ ; √ to be set by Separate Order

☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:

☐ Trial on _____ ; or ☐ Sentencing on _____ ☐ Set by separate Order.