IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-105-WHA |
| | ) | |
| JENNIFER J. DAVIS | ) | |

### NOTICE OF FILING EXHIBITS IN SUPPORT OF SENTENCING POSITION

The defendant, Jennifer Davis, gives notice of the filing of the following exhibits in support of her sentencing position:

### TABLE OF EXHIBITS

**Exhibit Number**     **Exhibit Name**

<u>Military History</u>

1.   Letter of Commendation from the Commanding Officer of USS Haleakala, dated for June 23-August 1992

2.   Letter of Appreciation from Department of the Navy, dated April 9, 1998

3.   Certificate of Release or Discharge from active Duty showing "Honorable Discharge," dated December 29, 1998

<u>Family Photographs</u>

4.   Photograph of Ms. Davis' Daughters with Santa Claus: Alicia Davis is Seven Years Old and Celeste Davis is One Year Old

5.   Photograph of Ms. Davis with Her daughters and Their Cousins During a Family Reunion at Navarre Beach, Florida

6.   Photograph of Celeste Davis at Age Three

7.  Photograph of Alicia Davis in Her Lady Angels League Softball Uniform. She is Nine Years Old.

8.  2005 Photograph of Alicia Davis

Respectfully submitted,

 s/Christine Freeman 
**CHRISTINE A. FREEMAN**
TN BAR NO.: 11892
Attorney for Jennifer Davis
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:   (334) 834-2099
FAX:   (334) 834-0353
E-Mail: Christine_Freeman@fd.org

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 2:06-cr-105-WHA |
| | ) | |
| JENNIFER J. DAVIS | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

  Christopher A. Snyder, Esquire
  Assistant United States Attorney
  One Court Square, Suite 201
  Montgomery, Alabama 36104

      **Respectfully submitted,**

      s/Christine A. Freeman
      **CHRISTINE A. FREEMAN**
      TN BAR NO.: 11892
      Attorney for Jennifer Davis
      Federal Defenders
      Middle District of Alabama
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      TEL: (334) 834-2099
      FAX: (334) 834-0353
      E-Mail: Christine_Freeman@fd.org