# MILITARY BACKGROUND

# COMMANDING OFFICER
# USS HALEAKALA (AE 25)

The Commanding Officer United States Ship HALEAKALA (AE 25) takes pleasure in presenting

A

LETTER OF COMMENDATION

to

QUARTERMASTER SEAMAN APPRENTICE
JENNIFER JADE DAVIS
UNITED STATES NAVY

"For outstanding performance while serving as a member of the Accident and Incident Response Team, USS HALEAKALA (AE 25) from 22 June to 23 August 1992. You performed your duties in an exemplary and highly professional manner, demonstrating in-depth knowledge, personal drive, and extreme dedication to duty as an A&I Team Member. Your enthusiasm and pride in your work clearly demonstrated that USS HALEAKALA's A&I Team is "Nothing Less Than The Best" and recognized as one of the best teams during the Nuclear Weapons Assessment Team visit and Nuclear Weapons Acceptance Inspection. Your diligence, resourcefulness and perseverance contributed significantly to the accomplishment of USS HALEAKALA's mission and the receipt of an outstanding grade from Nuclear Weapons Acceptance Inspectors. Your professionalism and devotion to duty reflect great credit upon yourself and are in keeping with the highest traditions of the United States Naval Service."

C. D. BRADLEY
Commander
United States Navy

EXHIBIT 1



**DEPARTMENT OF THE NAVY**
NAVAL CONSTRUCTION BATTALION CENTER
1000 23RD AVENUE
PORT HUENEME CA 93043-4301

IN REPLY REFER TO:
1650/30
APR 09 1998

From: Commanding Officer, Naval construction Battalion Center, Port Hueneme
To: QM3 Jennifer Davis, USN

Subj: LETTER OF APPRECIATION

1. Your quick actions during an "El Nino" related storm were responsible for the protection of lives and property onboard the Center during which the installation suffered approximately $1M in associated storm damage. Your vigilance and dedication to duties placed you in the elements while performing your traffic direction and road closure assignments. Additionally, when storm waters encroached and eventually entered the Security Department building your quick response and sandbagging efforts saved countless pieces of emergency and communications equipment and allowed the Department to continue its mission.

2. Your outstanding professionalism and dedication to duty reflected great credit upon yourself. Thank you for a job "Well Done".

D. L. HAMBROCK

Copy to:
Service Record

EXHIBIT 2

Case 2:06-cr-00105-WHA-CSC    Document 27-2    Filed 01/22/2007    Page 4 of 6

CAUTION: **NOT TO BE USED FOR IDENTIFICATION PURPOSES**  |  THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.  |  ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY 06132

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| DAVIS, JENNIFER JADE | NAVY-USN | 417 27 5830 |

| 4.a GRADE, RATE OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| QM3 | E4 | 72MAY02 | Year N/A  Month -  Day - |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| MONTGOMERY, AL | MONTGOMERY, AL |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| CBC PORT HUENEME, CA | CBC PORT HUENEME, CA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| N/A | None ☐   Amount: $ 200,000 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| QM _ 9545 SECURITY GUARD (3YRS, 1MOS) XX XX XX XX XX XX XX XX XX XX XX XX | a. Date Entered AD This Period | 90 | SEP | 24 |
| | b. Separation Date This Period | 98 | DEC | 29 |
| | c. Net Active Service This Period | 08 | 03 | 06 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 00 | 00 |
| | f. Foreign Service | 00 | 00 | 00 |
| | g. Sea Service | 03 | 01 | 14 |
| | h. Effective Date of Pay Grade | 93 | MAY | 16 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
NATIONAL DEFENSE SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON (2), NAVY UNIT COMMENDATION, GOOD CONDUCT MEDAL (2), MERITORIOUS UNIT COMMENDATION, SHARPSHOOTER RIBBON (PISTOL), XX
XX XX XX XX
XX

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
CELESTIAL NAVIGATION COURSE, 1WK, 93SEP; FORMAL WARHEAD MAINTENANCE, 1WK, 91SEP; 1WK, 96FEB; PHASE II LAW ENFORCEMENT REFRESHER, 1WK, 97MAR; QUARTERMASTER CLASS A SCHOOL, 6WKS, 91FEB; SECURITY POLICE OFFICER BASIC, 7WKS, 95NOV. XX   XX   XX

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | XX | | XX | | -17.5- |

| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No |
|---|---|---|
| | | XX |

**18. REMARKS**
THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OR WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLIANCE WITH, THE REQUIREMENTS OF FEDERAL BENEFIT PROGRAM.   XX   XX   XX
EXTENSION OF SERVICE WAS AT THE REQUEST AND FOR THE CONVENIENCE OF THE GOVERNMENT. XX
XX XX XX XX
XX XX
XX XX XX XX

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 1818 HEATHERTON DR MONTGOMERY, AL 36106 | DARRELL DAVIS (UNCLE), 1818 HEATHERTON DR, MONTGOMERY, AL 36106 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO | AL DIR. OF VET AFFAIRS | Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|---|
| | | | | K A CLARK, PN1,USN, SEPS SUPV BYDIROIC |

21. SIGNATURE OF MEMBER BEING SEPARATED: *[signature]*

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| DISCHARGED | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MILPERSMAN 3620150 | KBK | RE-1 |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| COMPLETION OF REQUIRED ACTIVE DUTY |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: NONE | Initials: *[initials]* |

EXHIBIT 3

DD Form 214, NOV 88   S/N 0102-LF-006-5500 Previous editions a[re obsolete]   AMENDED - A

# FAMILY PHOTOGRAPHS



Photograph of Alicia Davis and Celeste Davis at ages 7 and 1 respectfully

EXHIBIT 4