

Photograph of Ms. Davis with her daughters and their cousins during a Family Reunion at Navarre Beach, Florida. In this photograph, Alicia is 8 years old and Celest is 2 years old.

EXHIBIT 5



Photograph of Celeste Davis at age 3

EXHIBIT 6



Photograph of Alicia Davis in her Lady Angels Little League Softball Uniform. She is nine years old.

EXHIBIT 7



*Alicia*

Alicia, taken in 2005. She is 10 years old.

EXHIBIT 8