IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA )

vs. ) CR. NO. 2:06cr105-WHA

JENNIFER JADE DAVIS )

## ORDER

The sentencing in this case, previously scheduled for February 1, 2007, at 9:00 a.m. is RESET for February 1, 2007, at **10:00 a.m.**

DONE this 30th day of January, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE