# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

W. HAROLD ALBRITTON, SENIOR U. S. DISTRICT JUDGE, PRESIDING, AT MONTGOMERY, AL

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 1, 2007 | AT: | 10:00 a.m. |
| DATE COMPLETED: | February 1, 2007 | AT: | 10:15 a.m. |

UNITED STATES OF AMERICA          )
                                  )
vs.                               )   CR. No. 2:06cr105-WHA
                                  )
JENNIFER JADE DAVIS               )

APPEARANCES:

| GOVERNMENT | DEFENDANT |
|---|---|
| Christopher A. Snyder | Kevin L. Butler |

### COURT OFFICIALS PRESENT

| | |
|---|---|
| Risa Entrekin, Court Reporter | Al Lancaster, USPO |
| Elna Behrman, Courtroom Deputy | Daniel Harrell, Law Clerk |

### COURTROOM PROCEEDINGS

(X)   SENTENCING

Hearing commences.
Defendant is sworn.
Parties have reviewed the presentence report and have no objections.
Court requests more details from the Defendant as to what she took from the mail and why.
Defendant informs the court of the items she took from the mail and further states she took the mail because
      she didn't want to deliver it because she was unhappy with her job.
Court adopts the factual statements contained in the presentence report.
Government concurs with the recommendation of the probation officer for probation.
Sentence is stated.
No objection to the statement of sentence.
Sentence is ORDERED imposed as stated.
Defendant waives her right to appeal.
Defendant is directed to meet with the probation officer before leaving.
Government orally moves to dismiss Counts 1-3 of the Indictment and Counts 2s-3s of the Information.
Court orally GRANTS the motion, and the counts are DISMISSED.